USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2024

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERTO CONTRERAS, CLIFFORD DUVIELA, and NORBERTO ALEX MARTE, on behalf of themselves, and other similarly situated employees,

           Plaintiffs,

- against -

CHARLES A WALBURG MULTI-SERVICE ORGANIZATION INC., dba CENTRAL HARLEM MEALS ON WHEELS, and CARLA D. BROWN, individually,

           Defendants.

Case No.: 22 cv 9971 (SDA)

---

Pursuant to Federal Rule of Civil Procedure 41(a) (1) (A) (ii), this action is hereby dismissed with prejudice, with the court retaining jurisdiction to enforce its terms.

Dated: New York City

For Defendants: /s/

Bryan R. Williams, Esq.
**Quintairos, Prieto, Wood & Boyer, P.A.**
233 Broadway, Suite 2020
New York, NY 10279
Tel. 212-226-4026

For Plaintiffs: /s/

Peter Hans Cooper, Esq.
**Clienti and Cooper PLLC**
60 East 42nd Street – 40th Fl
New York, NY 10165
Tel. 212-209-3933

**SO ORDERED:**

/s/ Stewart D. Aaron
United States Magistrate Judge
Dated: 11/7/2024

OMC\4841-8688-5616.v1-6/28/21